1842590

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
DEC 6 2004
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

November 29, 2004

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: George Edward Dobbs
v. United States
No. 04-7428
(Your No. 03-2688)

CR 02-84-(02) RHK/AJB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 22, 2004 and placed on the docket November 29, 2004 as No. 04-7428.

Sincerely,

**William K. Suter**, Clerk

by Melissa Blalock
Melissa Blalock
Case Analyst

RECEIVED
DEC 6 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT