1861819

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED

JAN 3 1 2005

William K. Suter
Clerk of the Court
(202) 479-3011

MICHAEL GANS
CLERK OF COURT

January 24, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-84(2) RHK/AJB

Re: George Edward Dobbs
v. United States
No. 04-7428
(Your No. 03-2688)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Eighth Circuit, for further consideration in light of United States v. Booker, 543 U.S. ___ (2005).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

William K. Suter

**William K. Suter, Clerk**

RECEIVED

JAN 3 1 2005

U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
FEB 08 2005
U.S. DISTRICT COURT ST. PAUL