# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2688

CR 02-84 RHK/AJB

United States of America,

Appellee,

v.

George Edward Dobbs,

Appellant.

Appeal from the United States District Court for the District of Minnesota

In consideration of the Supreme Court judgment, dated January 24, 2005, the mandate in this matter is hereby recalled and the case is reopened.

(5231-010199)

March 4, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
MAR 07 2005
U.S. DISTRICT COURT ST. PAUL