# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
JUN 27 2005
CLERK, US DIST. COURT
ST. PAUL, MN

No. 03-2688

CR02-84(2) RHK/AJB

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| George Edward Dobbs, | * | |
| Appellant. | * | |

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 27, 2005

RECEIVED
BY MAIL
JUL 08 2005
CLERK US DIST COURT
ST. PAUL, MN

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
JUL 8 2005
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans