1947595

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 24, 2005

FILED
AUG 29 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
SEP 06 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: George Edward Dobbs
v. United States
No. 05-5968
(Your No. 03-2688)

CR 02-84 (2) RHK/AJB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 16, 2005 and placed on the docket August 24, 2005 as No. 05-5968.

Sincerely,

**William K. Suter**, Clerk

by Jeffrey Atkins

Jeffrey Atkins
Case Analyst

RECEIVED
AUG 29 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
SEP 06 2005
U.S. DISTRICT COURT ST. PAUL