1962319

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
OCT 11 2005
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-84(2) RHK/AJB

Re: George Edward Dobbs
v. United States
No. 05-5968
(Your No. 03-2688)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
OCT 11 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT