George Edward Dobbs
Reg. 10396-041
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000
(503) 843-4442 Daytime

George Edward Dobbs
[pro se]

In re:

**United States District Court**
**for the District of Minnesota**

| | | |
|---|---|---|
| George Edward Dobbs,<br>Petitioner,<br>v.<br>United States of America,<br>Respondent(s). | ) | USDC, Case No. **CR. 02-84-02 RHK/AJB**<br><br>**EMERGENCY-**<br>**Ex Parte Motion to Transfer Probationary Jurisdiction and Request to Expedite Pursuant to 18 U.S.C. § 3605.** |

COMES NOW, George Edward Dobbs, petitioner, appearing pro se, in the above-entitled action, pursuant to 18 U.S.C. § 3605, and moves this Court for the issuance of a transfer of Probationary Jurisdiction and request to expedite on an emergency basis.

In support of this petition, petitioner states as follows:

(1) Jurisdiction: Petitioner was sentenced in the 8th District Court, which is within the USDC-District of Minnesota. 18 U.S.C. § 3605 provides, inter alia, that the sentencing court may transfer jurisdiction of a person on supervised release.

(2) Petitioner has secured employment with J.M.F.R. Publishing Group, 101 West "C"



SCANNED
DEC 19 2005
U.S. DISTRICT COURT ST. PAUL

Street, Suite 1709, San Diego, California 92101- Dobbs immediate Supervisor is Mr. Bruce Sobol, (619) 887-1946, Daytime number. Mr. Sobol is a principal of J.M.F.R. Publishing Group. Dobbs initial income will be $4,000.00 per month.

(3) Petitioner has secured a rental residence located at 3754 - 5th Avenue, San Diego, California, 92103. The Landlord is Mr. Gary Stern.

(4) Petitioner's efforts to relocate to San Diego.

* Petitioner began his relocation process on or about June 2005, at his "Team Meeting;"

* Petitioner received his first denial letter from the U.S. Probation Office in San Diego, on or about July 2005, due to the fact that (unbeknownst to petitioner) petitioner's relocation residence with his brother in Sun City, California, became unavailable because petitioner's brother's employer, (A Methodist Minister.) was in the process of transferring petitioner's brother to Alaska.

* Petitioner then secured the second residence at 3754 - 5th Avenue, San Diego, California, 92103, as a rental residence on or about October, 2005.

* Petitioner received his second denial letter from the U.S. Probation San Diego Officer, Mr. Christopher J. Marco, dated 11/08/2005. The factual basis for the denial of relocation as stated in such letter is inaccurate in all three basis for denial. See attached Exhibit 1.

* Petitioner has many friends, associates and family in Southern California. Petitioner was born in Southern California (Culver City) in 1945 and moved to Oregon in 1969 and continued to visit relatives and friends several times a year since. See PSR for addresses.

* Petitioner is employed by J.M.F.R. Publishing Group, 101 West "C" Street, Suite 1709, San Diego, California, 92101- Contact Mr. Bruce Sobol, (619) 887-1946. Initial income at $4,000.00 a month.

* Petitioner has a current verifiable residence in the Southern District of California, located at 3754- 5th Avenue, San Diego, CA, 92103. Landlord is Mr. Gary Stern. The rent payment for such residence will be paid from petitioner's income from J.M.F.R. Publishing Group.

* Petitioner will be under the supervision of Mr. Bruce Sobol at J.M.F.R. Publishing and not with Mr. McCormick.

(5) Petitioner has made, directly and indirectly through others, e.g. Case manager, Mr. Sean Price; Public Defender, Virginia Villa; Minnesota U.S. Probation Officer, Mr. Joey Covern, (612) 557-6520; Mr. Manuel C. Alonzo, Supervising U.S. Probation

Officer, (619) 557-6650; by both phone, phone messaging, and fax. No calls have been returned over the last forty five days. (In an attempt to correct such errors.)

(6) Petitioner received a 34 month sentence, and has been serving his sentence at the Federal Prison Camp, in Sheridan, Oregon. Petitioner's mandatory release date is January 06, 2006. Petitioner was indicted and convicted in the USDC-District of Minnesota. His residence at one time was Portland, Oregon, which has been his principle residence for over 35 years.

(7) Petitioner, out of desperation, and as an alternative to relocation to San Diego, CA, has, through Case Manager, Mr. Sean Price, requested on Friday, December 9, 2005, relocation to Portland, Oregon, by contacting Senior Probation Officer, Mrs. Tammy Pharashos, (503) 326-8600. Petitioner has family and friends developed over the last 35 years as a resident of Oregon.

(8) Petitioner has none of such support at all in Minnesota; no family; no friends/ business associates/references, no residence, no employment, no assets whatsoever. As a sixty year old felon, expectation of paying the restitution is non-existant. In San Diego, CA, it is excellent.

(9) Therefore, petitioner is using the Court as an avenue of last resort. Petitioner is using an Emergency Ex Parte Motion, because such January 06, 2006, mandatory release date does not allow enough time to proceed via noticed motion.

(10) Thus, now petitioner files this motion for the relief requested herein for the reasons as stated herein.

**Prayer**

Wherefor, the petitioner, George Edward Dobbs, appearing pro se, in the above-entitled action, requests relief that the Court hereby grant the motion to transfer Probationary Jurisdiction from Minnesota to San Diego, CA, or in the alternative, to

Portland, Oregon, and to transfer the supervised release component of petitioner's sentence to San Diego, CA, or in the alternative, to Portland, Oregon, pursuant to 18 U.S.C. § 3605, with the following requirements: That petitioner during the period of supervised release- WILL:

A. Remain Law Abiding, and

B. Follow all terms and conditions of his supervised release, and

C. File a monthly written report to the Minnesota U.S. Probation Officer, as designated by this Court, and

D. Telephone the same U.S. Minnesota Probation Officer monthly, or as often as such U.S. Probation officer directs.

Dated: December 12, 2005

Respectfully submitted,

George Edward Dobbs, petitioner, pro se,
Reg. 10396-041
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000 (503) 843-4442 Daytime

Certificate of Service

This is to certify that I have on this 12 day of December, 2005, placed a true and exact copy of the

**Emergency- Ex Parte Motion to Transfer Probationary Jurisdiction and Request to Expedite Pursuant to 18 U.S.C. § 3605**

in the U.S. mail, with first class postage prepaid, addressed to:

Michael William Ward, U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

George Edward Dobbs