Exhibit 1

Letter dated 11/08/2005, from Mr. Christopher J. Marco, U.S. Probation Officer, Southern District of California, (San Diego).

SCANNED
DEC 19 2005
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PROBATION OFFICE

KENNETH O. YOUNG
Chief Probation Officer

101 West Broadway
Suite 700
San Diego, CA 92101-7991
(619) 557-6650

November 8, 2005

FCI Sheridan
S. Price, Case Manager
P.O. Box 8000
Sheridan, OR 97378

Re: DOBBS, George Edward
Reg. No.: 10396-041
**Prerelease/Relocation Response**

Dear S. Price:

[x] Relocation Request Denied

Mr. Dobbs' request for relocation to this district has been denied based on the following:

Upon review of the presentence report in this case, it was determined that Mr. Dobbs has no previous ties (residence, employment, and family) in the Southern District of California. Mr. Dobbs also does not have a current/verifiable residence in the Southern District of California. The proposed employer indicated they are not providing a specific residence for Mr. Dobbs, rather only a housing allowance.

Additionally, during the course of my investigation of this relocation plan, the undersigned determined that Mr. Dobbs' employment opportunity with J.M.F.R. Publishing, would have him in contact with an individual (Jim McCormick) who is a convicted federal felon, has been on supervised release, and later had his supervised release revoked.

It is noted that Mr. Dobbs' previous ties have been in the District of Oregon (see PSR). It is suggested that he consider that district for release planning purposes.

Should you have any questions, please contact the undersigned at (619) 557-6502.

Sincerely,

Christopher J. Marco
U.S. Probation Officer

CC: Chief Kevin D. Lowry, District of Minnesota

Reviewed by: Manuel C. Alonzo
Supervising U.S. Probation Officer