George Edward Dobbs
Reg. 10396-041
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000
(503) 843-4442 Daytime

George Edward Dobbs
[pro se]

In re:

**United States District Court**
**for the District of Minnesota**

| | |
|---|---|
| George Edward Dobbs, Petitioner, v. United States of America, Respondent(s). | USDC, Case No. **CR. 02-84-02 RHK/AJB** <br> **EMERGENCY- Ex Parte Motion to Reappoint Council (in the alternative) If Motion to Transfer Probationary Jurisdiction Pursuant to 18 U.S.C. § 3605 is Denied.** |

COMES NOW, George Edward Dobbs, petitioner, appearing pro se, in the above-entitled action, hereby moves the Court to Reappoint previous council, Ms. Virginia Villa, Esq., AFPD; 107 U.S. Courthouse; 300 South Fourth Street; Minneapolis, MN, 55415; (612) 664-5858, (Daytime), to represent petitioner if the Court does not grant petitioner's Motion to Transfer Supervised Release from Minnesota to San Diego, CA, (or in the alternative) to Portland, Oregon. Petitioner requires the assistance of council, pursuant to 18 U.S.C. § 3006A. (Due to the fact that petitioner is indigent.)



SCANNED
DEC 19 2005
U.S. DISTRICT COURT ST. PAUL

Dated: December 12, 2005

Respectfully submitted,

George Edward Dobbs, petitioner, pro se,
Reg. 10396-041
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000 (503) 843-4442 Daytime

Certificate of Service

This is to certify that I have on this 12 day of December, 2005, placed a true and exact copy of the

**EMERGENCY- Ex Parte Motion to Reappoint Council (in the alternative) If Motion to Transfer Probationary Jurisdiction Pursuant to 18 U.S.C. § 3605 is Denied.**

in the U.S. mail, with first class postage prepaid, addressed to:

Micahel William Ward, U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

George Edward Dobbs



SCANNED
DEC 1 9 2005
U.S. DISTRICT COURT ST. PAUL