PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
05 DEC 30 AM 10:30
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. George Edward Dobbs**

**Docket No. 0:02CR00084-002(RHK)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **George Edward Dobbs** who was sentenced for Mail Fraud on June 23, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Financial Disclosure
No New Credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 6, 2006, the defendant will be released from prison and commence his 3-year term of supervised release. The defendant is in need of a place to live in order to secure a residence and employment in the District of Minnesota.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 180 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 30th day of Dec, 2005, and ordered filed and made a part of the records in the above case.

for Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joi C. Kvern
U.S. Probation Officer

Executed on December 29, 2005
Place Minneapolis

SCANNED
JAN 3 2006
U.S. DISTRICT COURT MPLS